UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK ANTHONY STPEHERSON,

                 Plaintiff,

-against-

DEBRA ANNE HAALAND, ET AL,

                 Defendants.

22-CV-9202 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 10, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 10, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge